IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CALVIN L. CUNNINGHAM                                                                           PLAINTIFF

vs.                                     Civil No. 5:09-cv-05065

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Before the Court is the Report and Recommendation filed April 20, 2009 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 5), to which no objections have been filed, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

IT IS THEREFORE ORDERED that the Magistrate Judges' Report and Recommendation is adopted in toto.

IT IS FURTHER ORDERED that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **DISMISSED**.

**IT IS SO ORDERED**, this 8th day of May, 2009.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE